TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00807-CR

Louis Mejia Lopez, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF LAMPASAS COUNTY, 27TH JUDICIAL DISTRICT

NO. 6677, HONORABLE C. W. DUNCAN, JR., JUDGE PRESIDING

PER CURIAM

This is an appeal from a judgment of conviction for driving while intoxicated. Appellant is
represented by retained counsel. No brief has been filed on appellant's behalf. Counsel has informed the
Court that no brief will be filed, as appellant does not wish to further pursue the appeal. See Tex. R. App.
P. 38.8(b)(4). We have examined the record before us and find no fundamental error that should be
considered in the interest of justice.

The judgment of conviction is affirmed.

Before Chief Justice Yeakel, Justices Aboussie and Jones

Affirmed

Filed: July 30, 1998

Do Not Publish